IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00196-MOC-WCM

| | |
|---|---|
| NICOLE BURGUENO<br>*as Administrator of the Estate of*<br>Brett Burgueno; and<br>**SHANNON BUTLER**<br>*as Administrator of the Estate of*<br>Curtis Butler<br><br>       **Plaintiffs,**<br><br>**BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**<br><br>       **Intervenor-Plaintiff**<br>v.<br><br>**INDUSTRIAL SERVICES GROUP, INC.**<br>*doing business as*<br>Universal Blastco; and<br>**BLUE RIDGE PAPER PRODUCTS LLC**<br>*doing business as*<br>Evergreen Packaging<br><br>       **Defendants.** | **ORDER** |

This matter is before the Court on a "Notice of Appearance *Pro Hac Vice*" filed by Eugene E. Lester, III, (the "Renewed Motion," Doc. 12).

On October 3, 2022, Mr. Lester filed a Notice of Appearance indicating that he is local counsel for Berkshire Hathaway Homestate Insurance

Company ("Berkshire Hathaway"). The same day, Mr. Lester filed a Motion for Admission Pro Hac Vice and Affidavit (the "Motion for Admission," (Doc. 8), which sought the admission of Grant T. Herrin who also represents Berkshire Hathaway. The Motion was denied without prejudice on October 6, 2022, because Berkshire Hathaway had not sought to intervene in this matter, and its position with respect to this litigation was not then apparent from the docket. See Doc. 9.

On October 26, 2022, Berkshire Hathaway filed a Motion to Intervene. Doc. 10. The Motion to Intervene was allowed and, on November 4, 2022, Berkshire Hathaway filed its Complaint in Intervention. Docs. 11, 13.

By the Renewed Motion, Mr. Herrin again seeks to proceed *pro hac vice* as counsel for Berkshire Hathaway. Doc. 12.

Based on the previously filed Motion for Admission, it appears that Mr. Lester is a member in good standing of the Bar of this Court, and that Mr. Herrin is a member in good standing of the Bar of Louisiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to Mr. Herrin's participation in this matter. See Doc. 8.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** Grant T. Herrin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 8, 2022

W. Carleton Metcalf
United States Magistrate Judge