IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00196-MOC-WCM

| | |
|---|---|
| NICOLE BURGUENO )<br>*as Administrator of the Estate of* )<br>Brett Burgueno; and )<br>**SHANNON BUTLER** )<br>*as Administrator of the Estate of* )<br>Curtis Butler )<br>)<br>Plaintiffs, )<br>)<br>**BERKSHIRE HATHAWAY** )<br>**HOMESTATE** )<br>**INSURANCE COMPANY** )<br>)<br>Intervenor-Plaintiff )<br>v. )<br>)<br>**INDUSTRIAL SERVICES** )<br>**GROUP, INC.** )<br>*doing business as* )<br>Universal Blastco; and )<br>**BLUE RIDGE PAPER** )<br>**PRODUCTS LLC** )<br>*doing business as* )<br>Evergreen Packaging )<br>)<br>Defendants. )<br>_____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 20) filed by Jeffrey L. Oakes. The Motion indicates that Mr. Oakes, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Nicole Burgueno *as Administrator of the Estate of* Brett

Burgueno and that he seeks the admission of Paul D. Hesse, who the Motion represents as being a member in good standing of the Bar of Louisiana. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 20) and **ADMITS** Paul D. Hesse to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 21, 2022

W. Carleton Metcalf
United States Magistrate Judge